**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Florida__
(State)

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Diversified Real Estate Development Ltd. - In Official Liquidation

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  _____ – _____
   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**
   ☐ Social Security number:  XXX - XX– _____
   ☐ Individual Taxpayer Identification number (ITIN):  9 XX - XX - _____
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Michael Pearson and Hadley Chilton - Joint Official Liquidators

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  In The Grand Court of The Cayman Islands, Financial Services Division, Cause No. FSD 190 of 2018 (RMJ)

5. **Nature of the foreign proceeding**

   *Check one:*
   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   See Verified Petition under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

| | | | |
|---|---|---|---|
| Debtor | Diversified Real Estate Development Ltd. - In Official Liquidation<br>Name | Case number (*if known*) | |

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Cayman Islands

**Debtor's registered office:**

2nd Fl Harbour Centre
42 North Church Street
Number    Street

10 Market Street, #769
P.O. Box

Grand Cayman KY1-9006
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**Individual debtor's habitual residence:**

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

**Address of foreign representative(s):**

2nd Fl Harbour Centre
42 North Church Street
Number    Street

10 Market Street, #769
P.O. Box

Grand Cayman KY1-9006
City    State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website** (URL)

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

　☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　☐ Partnership

　☐ Other. Specify: _____

☐ Individual

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| Debtor | Diversified Real Estate Development Ltd. - In Official Liquidation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
See Verified Petition under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Michael Pearson
Signature of foreign representative         Printed name

Executed on  11/23/2018
            MM / DD / YYYY

✗ _____    HADLEY CHILTON
Signature of foreign representative         Printed name

Executed on  11/23/2018
            MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eduardo F. Rodriguez                    Date  11/26/2018
Signature of Attorney for foreign representative      MM / DD / YYYY

Eduardo F. Rodriguez
Printed name

EFR Law Firm
Firm name

1548        Brickell Avenue
Number      Street

Miami                                          FL         33129
City                                           State      ZIP Code

(305) 340-0034                                 eddie@efrlawfirm.com
Contact phone                                  Email address

36423                                          FL
Bar number                                     State